DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN R. CHAMPAGNE,**
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION,**
Appellee.

No. 4D23-365

[June 1, 2023]

Appeal from the State of Florida, Reemployment Assistance Appeals Commission, RAAC 22-01950.

Kevin R. Champagne, Miramar, pro se.

Amanda L. Neff, Deputy General Counsel of Reemployment Assistance Appeals Commission, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***